# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CURTIS PALMORE, | : No. 6 EAP 2025 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered on |
| | : December 17, 2024, at No. 432 MD |
| v. | : 2023 |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED: September 25, 2025**

    **AND NOW,** this 25th day of September, 2025, the order of the Commonwealth Court is **AFFIRMED**.